DIANNE J. MECONIS, ESQ. (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
38 Corporate Park
Irvine, CA 92606
Telephone: (949) 791-1060
Facsimile: (949) 791-1070
Email:      dmeconis@fgppr.com

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBER METALS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(b) (DIVERSITY)**<br><br>**[JURY TRIAL DEMANDED]**<br><br>Complaint Filed: 06/28/21<br>Trial Date:       None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28.U.S.C. § 1441(b) and §1446, Defendant ACE AMERICAN INSURANCE COMPANY ("ACE"), petitions this Court for removal of the state court action described below.

## JURISDICTION AND VENUE

1. Removal is proper in this case because the Court has original jurisdiction of this action under 28 U.S.C. §1332; there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2. Pursuant to 28 U.S.C. §1446(a), venue of this action is proper in this Court as the district and division in which the state court action was brought.

## **REMOVAL**

3. On June 28, 2021, the state court action styled *Weber Metals, Inc., Plaintiff, v. ACE American Insurance Company, Defendant*, Civil Action No. 21STCV23876 was commenced in the Superior Court of the State of California for the County of Los Angeles ("Complaint"). The Summons and Complaint were then served by personal delivery on the registered agent for service of process for ACE on June 30, 2021. Copies of the documents filed in the state court action, including the Summons, Complaint, and Proof of Service, are attached hereto collectively as Exhibit A.

4. The thirty-day period for removal does not begin to run until a party has been properly served. *See Murphy Brothers Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999). As ACE was served on June 30, 2021 and this Notice of Removal is being filed prior to July 30, 2021, this Notice is timely filed under 28 U.S.C. § 1446(b).

5. The Complaint arises from an alleged September 21, 2018 loss involving certain machinery (the "Loss") and asserts claims against ACE for breach of contract and breach of the implied duty of good faith and fair dealing (insurance bad faith) related to ACE's denial of Plaintiff Weber Metals, Inc.'s ("Plaintiff's") claim to ACE for insurance benefits related to the Loss. The $75,000 jurisdictional requirement is met based on Plaintiff's allegations, including those at paragraphs 16, 20, 22, 27, 28, 29, 44, 46, 48, 53, 54, and 55 of the Complaint, that the subject insurance policy issued to it by ACE includes a Boiler and Machinery Endorsement (the "Endorsement") applicable to the Loss which has a $50 Million coverage limit, that it suffered damage as a result of the Loss in excess of the Endorsement's $50 Million coverage limit, that it submitted a claim to ACE for its damages resulting from the Loss pursuant to the Endorsement which ACE was obligated to pay up to the limit of the Endorsement, but did not pay, and that Plaintiff now seeks to recover contract damages from ACE to compensate it for the damages it suffered as a result

of the Loss and which, allegedly, were compensable under the Endorsement, as well as other general, consequential, and punitive damages for ACE's alleged bad faith. *See* Exhibit A, Complaint, ¶¶s 16, 20, 22, 27, 28, 29, 44, 46, 48, 53, 54 and 55. ACE denies Plaintiff's allegations, that Plaintiff is entitled to recover against it, and that Plaintiff is entitled to recover the amounts alleged.

6. Pursuant to Paragraph 1 of the Complaint, Plaintiff is, and was at all times relevant, a California corporation residing within the State of California. ACE is, and was at all times relevant, a corporation duly organized under the laws of the State of Pennsylvania with its principal place of business in Pennsylvania. ACE is without information as to the citizenship of any of the Doe defendants.

7. The parties to this action are completely diverse[1]. ACE is informed and believes that Plaintiff has not served any other individuals or entities other than ACE with the Summons and Complaint in this action.

8. Pursuant to 28 U.S.C. § 1446(d), ACE will promptly serve Plaintiff with written notice of the filing of this Notice of Removal.

9. ACE will also timely file a Notice Removed Action with the Clerk of the Los Angeles County Superior Court.

10. ACE reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, ACE hereby requests that the action now pending against it in the Superior Court of California, Los Angeles County, be removed to this Court.

///
///
///

---

[1] For purposes of diversity jurisdiction, a Doe defendant's citizenship is not considered. *See IDEA Custom Cabinetry & Design, Inc. v. DS Servs. of Am., Inc.*, No. CV2010138DMGRAOX, 2021 WL 1020403, at *2 (C.D. Cal. Mar. 16, 2021); *see also Tipton v. Zimmer, Inc.*, No. CV1504171BROJCX, 2016 WL 3452744, at *3 (C.D. Cal. June 23, 2016), aff'd, 715 F. App'x 763 (9th Cir. 2018).

# **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, ACE hereby demands a trial by jury.

DATED: July 23, 2021

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: */s/ Dianne J. Meconis*
Dianne J. Meconis

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY