JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WEBER METALS, INC., | Case No. 2:21-cv-05995-RGK-AS |
|---|---|
| Plaintiff, | **JUDGMENT ON SPECIAL VERDICT FOR PLAINTIFF** |
| vs. | |
| ACE AMERICAN INSURANCE COMPANY and DOES 1 through 100, inclusive, | |
| Defendants. | |

1
**JUDGMENT ON SPECIAL VERDICT FOR PLAINTIFF**

This action came on regularly for trial on July 26, 2022, the Honorable R. Gary Klausner, Presiding. A jury was impaneled and sworn. The parties, Plaintiff Weber Metals, Inc. and Defendant ACE American Insurance Company, presented evidence and argument. The Court duly instructed the jury and submitted the cause to them. On July 29, 2022, the jury rendered its special verdict in favor of Plaintiff and answered the two questions posed to it as follows:

    1.    Did Plaintiff prove by a preponderance of the evidence that Defendant breached a duty to pay Plaintiff for a loss covered under an insurance contract?

    Answer: Yes

    2.    What is the amount of the covered loss Plaintiff proved that Defendant failed to pay?

    Answer: $44,413,076

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment in the sum of $44,413,076.00 be entered in favor of Plaintiff Weber Metals, Inc. and against Defendant ACE American Insurance Company, plus (1) costs as may be determined on Plaintiff's Application to the Clerk to Tax Costs; (2) prejudgment interest as may be determined on Plaintiff's Motion for Prejudgment Interest; together with (3) post-judgment interest at the rate of 3.12 percent per annum, which equals $3,796.41 per day, until paid.

Plaintiff shall recover from Defendant damages in these amounts.

DATED: 8/25/2022

                                        R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE

**JUDGMENT ON SPECIAL VERDICT FOR PLAINTIFF**